NO. 07-06-0377-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 15, 2007
_____

In the Interest of D.K.C., a Child
_____

FROM THE 108th DISTRICT COURT OF POTTER COUNTY;

NO. 61,070-E; HON. ABE LOPEZ, PRESIDING
_____

_____*MEMORANDUM OPINION*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Bryan Kent Colbert perfected this appeal on September 29, 2006. The appellate record was due on or about December 11, 2006. A portion of it, *i.e.*, the clerk's record was filed. However, the court reporter's record was not because Colbert apparently failed to pay or make arrangements to pay for it, as required by Texas Rule of Appellate Procedure 35.3(b)(3). By letter dated January 4, 2007, we directed him to certify to this court, by January 16, 2007, that he had complied with that rule of procedure. So too was he informed that failure to meet that deadline could result in the dismissal of his appeal. On January 16, 2007, we directed him, via letter, to pay for the record by January 29, 2007, or the cause would be dismissed for want of prosecution. To date, this court has not received the reporter's record or notification that the record has been paid for or that arrangements have been made for its payment. Nor has this court received any request

to postpone the dismissal date.  Furthermore, on February 12, 2007, the court reporter informed us that she had yet to even receive a request to prepare the record.

Consequently, we dismiss the appeal for want of prosecution.


Per Curiam